THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 Wanda M. and John
 Doe, Defendants.
 
 Of Whom Wanda
 M. is the Appellant.
 
 
 In the Interest
 of E.M., a Minor Child under the age of 18. 
 
 
 
 
 

Appeal From Clarendon County
 Robert S. Armstrong, Family Court Judge

Unpublished Opinion No. 2010-UP-004
 Submitted December 1, 2009  Filed January
12, 2010    

Affirmed

 
 
 
 Charles Thomas Brooks, of Sumter, for
 Appellant.
 Cherolyn Roselle Allen, of Manning, for
 Respondent.
 Tara A. Leaphart, of Manning, for Guardian
 Ad Litem.
 
 
 

PER CURIAM: Wanda M. appeals the family court's order
 terminating her parental rights to her minor child.  See S.C. Code Ann.
 § 63-7-2570 (2008).  Upon a thorough review of the record and the family
 court's findings of fact and conclusions of law, pursuant to Ex Parte
 Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues
 warrant briefing.  Accordingly, we affirm the family court's ruling.   
AFFIRMED.[1]
WILLIAMS, KONDUROS, JJ.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.